The Electrical Supply Company, Respondent, *v.* The Jersey City Electric Light Company, Appellant.

(Submitted October 24, 1889; decided November 26, 1889.)

Appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 8, 1886, which affirmed a judgment in favor of plaintiff, entered upon a report of a referee.

*J. K. Hayward* for appellant.

*Eugene Smith* for respondent.

Agree to affirm.; no opinion.
All concur.
Judgment affirmed.

---

Amasa Spring et al., Appellants, *v.* John I. Brooks et al., Respondents.

Reported below, 42 Hun, 528.

(Argued October 24, 1889; decided November 26, 1889.)

Appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 31, 1886, which affirmed a judgment in favor of defendants, entered upon a decision of the court on trial at Special Term.

*George W. Van Slyck* for appellants.

*F. A. Paddock* for respondents.

Agree to affirm on opinion of Follett, Ch. J., in *Haynes v. Brooks (ante,* p. 487.)
All concur.
Judgment affirmed.